## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

TARRUS HAKEEM KELLY,

     Plaintiff,

v.                                                    Case No.  5:21-cv-89-RV-MJF

FLORIDA DEPARTMENT
OF CORRECTIONS, *et al*.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

     This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court.[1] On April 22, 2021, this court ordered Plaintiff to file the following by May 24, 2021: (1) a notice of voluntary dismissal; or (2) an amended civil rights complaint on the Northern District form accompanied by either the $402.00 filing fee or a complete application to proceed *in forma pauperis*. (Doc. 4). The court warned Plaintiff that failure to comply timely with its order likely

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

would result in dismissal of this case. (*Id*. at 3). Plaintiff has not complied with the order and has not responded to the June 14, 2021, show cause order. (Doc. 7).

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1.      This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[2]

2.      The clerk of the court be directed to close this case file.

At Pensacola, Florida, this <u>19th</u> day of July, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

<u>**NOTICE TO THE PARTIES**</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").