# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

TARRUS HAKEEM KELLY,

    Plaintiff,

v.                                                         Case No. 5:21-cv-89-RV-MJF

FLORIDA DEPARTMENT
OF CORRECTIONS, *et al*.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 19, 2021 (ECF No. 8). Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having reviewed the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[1]

3. The clerk of court shall close this case file.

**DONE AND ORDERED** this 23rd day of August, 2021.

/s/ Roger Vinson                          /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").